TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Michigan State Bar No. P51656
Assistant United States Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jennifer Tavares,<br><br>Defendant. | No. CR-24-01613-PHX-DJH<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

The United States respectfully requests the Court sentence Defendant to 3 years' probation as recommended in the Presentence Investigation Report. (Doc. 31).

**I.    FACTS**

On October 1, 2024, a grand jury indicted Defendant on one count of False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. § 924(a)(1)(A); and one count of Material False Statement During the Purchase of a Firearm, in violation of 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 924(a)(2). PSR ¶ 1. On March 4, 2025, Tavares pleaded guilty to Count 1 of the indictment pursuant to a written plea agreement that set a cap at the low end of the sentencing guidelines. PSR ¶¶ 2-3.

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Special Agents identified that Defendant had purchased an Ohio Ordance Works M240-SLR rifle, Serial Number 241331, from a Federal Firearms Licensee (FFL), AV AZ Firearms, on May 22, 2024. PSR ¶ 6. Defendant told agents that she had met a man at a club and told him she

1  was struggling financially, and he asked her if she wanted to do a quick job. PSR ¶ 8. They
2  exchanged telephone numbers, and he told her all she needed to do was provide her
3  identification and sign paperwork. For the transaction at AV AZ *Id.* The employee did not
4  ask her any questions, and when she left the store, she left without the firearm. *Id.* Once
5  she left the store, the man she knew as "Francisco" paid her $500. She confirmed with
6  investigators the Form 4473 was already filled out. *Id.* She also indicated that she disclosed
7  she was in a difficult place financially with her children and grandchildren. PSR ¶ 7.
8       Defendant has no prior criminal history. PSR ¶¶ 26-27.

## II. SENTENCING GUIDELINE RANGE

The PSR accurately calculates Defendant's sentencing guideline range at 6 to 12 months based on CHC I and a Total Offense Level of 10. PSR at 14. The Plea Agreement sets a sentencing cap at the low end of that range or 6 months. The PSR recommends a sentence of 3 years' probation. *Id.* The United States agrees.

## III. UNITED STATES SENTENCING RECOMMENDATON

A term of probation is appropriate in Defendant's case since she has no prior arrests, and her offense conduct appears limited to two firearm purchases in the Indictment. Although she exercised poor judgement, her purchases seem to be financially motivated. Moreover, she will have a felony conviction, which lowers her risk of reoffending since it will be illegal for her to purchases or possess firearms. To her credit, she has complied with the terms of her pretrial release and taken steps to address her mental health needs. Thus, the recommended sentence provides just punishment and protects the community.

//
//
//
//
//
//
//

## IV. CONCLUSION

Therefore, the United States respectfully requests the Court sentence Defendant to 3 years' probation.

Respectfully submitted this 6th day of May, 2025.

        TIMOTHY COURCHAINE
        United States Attorney
        District of Arizona

        *s/ Sheila Phillips*
        SHEILA PHILLIPS
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing sealed documents, and that true and accurate copies have been transmitted electronically to the following recipient:

Bruno Gitnacht, *Attorney for Defendant*

*s/Carlton Covington*
United States Attorney's Office